UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 04-44792-TJT
CAROL ANN JOHNSON  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CAROL ANN JOHNSON<br>20165 PACKARD ST<br>DETROIT, MI 48234-0000<br>SSN: XXX-XX-9783 | N/A | N/A | DEBTOR REFUND | 1259470 | 4/30/10 | $ 919.15 |

DATED: May 05, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    0749521
DETROIT, MICHIGAN 48231-1930

0444792 00000 017414 1259470
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 04/30/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1259470

| 0444792 | CAROL ANN JOHNSON | | | | 919.15 | 0.00 | 919.15 |
|---|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1259470**  
SunTrust Bank

**FOR** CAROL ANN JOHNSON  
BK:0444792 ACCT:  
PRIN: 919.15  INT: 0.00

DATE Apr 30, 2010

**AMOUNT** ********919.15

**PAY** $919.15

Nine Hundred Nineteen And 15 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $919.15  
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:              CASE NO. 04-44792-TJT
CAROL ANN JOHNSON         CHAPTER 13 PROCEEDINGS
                                                                HON. THOMAS J. TUCKER

                Debtor
       _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**WEIK, CHIMKO & ASSOCIATES
30701 WOODWARD AVE
STE 400
ROYAL OAK, MI 48073-0992**

**Last Known Address for Debtor:**

**CAROL ANN JOHNSON
20165 PACKARD ST
DETROIT, MI 48234**

DATED: May 05, 2010                              /s/ TAMMY L. TERRY
                                                              TAMMY L. TERRY, STANDING
                                                              CHAPTER 13 TRUSTEE
                                                              535 GRISWOLD
                                                              SUITE 2100